# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOM YE CHON,<br><br>Plaintiff,<br><br>vs.<br><br>AZABU SABO INC., ESSELN TRUST;<br>and DOES 1 through 10<br><br>Defendants. | Case No. 2:19-cv-01986-AB (AGRx)<br>Assigned to Honorable Andre Birotté, Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT ESSELN TRUST WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Complaint Filed: March 18, 2019
Trial Date: None Set

ESS05-01:32. LA19CV01986-AB-O.docx:9-16-19  - 1 -  Case No. 2:19-cv-01986-AB (AGR)
ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT ESSELN TRUST WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Chom Ye Chon's claims and causes of action against Defendant Esseln Trust.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: September 16, 2019

Hon. André Birotte Jr.
United States District Judge

ESS05-01:32. LA19CV01986-AB-O.docx:9-16-19 - 2 - Case No. 2:19-cv-01986-AB (AGR)
ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT ESSELN TRUST WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)